W. S. Lawrence, appellee, v. James M. Tully, appellant.

Heard in this court at the June term, 1930. Opinion filed January 19, 1931.

Smith & Smith, for appellant.   Virgil W. Mills, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

City of East St. Louis, appellee, v. East St. Louis Railway Company, appellant.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

Farmer & Klingel, for appellant.   Maurice V. Joyce, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

W. B. Kirkham, appellee, v. Olive Branch Mineral Products Company, appellant.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

C. S. Miller, for appellant.   D. B. Reid, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Leo F. Wagner, appellee, v. Louis W. Buecher, appellant.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. Preston K. Johnson, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.